AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

*(stamp)* 19 APR -3 AM 9:17

*(handwritten)* CLERK ALBUQUERQUE

| United States of America | ) | |
| v. | ) | Case No. |
| Joe Healer (born in 1971) | ) | *19(mj)* |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 17, 2019 _____ in the county of _____ Bernalillo _____ in the
_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Sections 1951 | Interference with Commerce by Threats and Violence (Hobbs Act) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jordan Spaeth, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/3/2019 _____
*Judge's signature*

City and state: Albuquerque, NM

Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF ARREST WARRANT & CRIMINAL COMPLAINT

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT; JOE HEALER

I, Jordan Spaeth, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND BACKGROUND OF THE AFFIANT

1.      I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been a law enforcement officer for approximately 10 years.  I am assigned to the FBI Albuquerque Field Office, Violent Crime Squad, where I primarily investigate violent repeat offenders, armed robberies, bank robberies, and Indian Country crimes.  My investigative training and experience includes, but is not limited to, interviewing subjects, targets, and witnesses, writing affidavits for and executing search and arrest warrants, collecting evidence, conducting surveillance, and analyzing public records.  I was a police officer before joining the FBI.

2.      Over the course of my career, I have arrested hundreds of persons for offenses relating to drug distribution, bank robberies, firearm violations, threatening communications, assaults, homicides, armed robberies, and other criminal conduct.

3.      I make this affidavit in support of the arrest of Joe HEALER (year of birth 1971) for violation of:

   i.      Interference with Commerce by Threats and Violence (Hobbs Act), in violation of
           18 U.S.C. § 1951

4.      The statements contained in this affidavit are based upon my investigation, training and experience, and information provided by other law enforcement officers or from other reliable sources.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts which I believe are necessary to establish probable cause to support a criminal complaint against Joe HEALER.

AFFIDAVIT IN SUPPORT OF ARREST WARRANT & CRIMINAL COMPLAINT

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

5.      On March 17, 2019, a robbery was committed at the Family Dollar, 613 Broadway Blvd SE, Albuquerque, NM.  At approximately 1959 hours officers with the Albuquerque Police Department were dispatched to the robbery.

6.      A subject, later identified as Joe HEALER, entered the store wearing no shirt, however his head and face were covered.  HEALER went behind the counter and approached store employee A.M.  HEALER had a knife in his hand as he held it toward A.M.  HEALER held the knife approximately six inches from A.M.'s chest.  HEALER told A.M. "I want the cash in the register" and repeated "Hurry up!"

7.      A.M. was unable to open the register and called another employee, E.L., over to open the register.  E.L. went to the register and had trouble opening it.  HEALER then told E.L. "hurry up, come on!" several times as well.  E.L. was shaky and nervous, making it difficult for him/her to open the register.  E.L. was eventually able to open the register. HEALER then grabbed the money from the register drawer.

8.      A.M. tackled HEALER, while he was still in the store, and the two wrestled until the police arrived.  During the altercation HEALER dropped the money.  HEALER attempted to stab A.M. multiple times.  A.M. suffered minor injuries to his/her hand.  A.M. was eventually able to separate the knife from HEALER and successfully detained HEALER until police arrived.

9.      During the altercation E.L. called 911.  When Albuquerque Police officers arrived, they observed the money on the ground where the struggle occurred.  HEALER was arrested and charged with Armed Robbery, in the State of New Mexico Bernalillo County Metropolitan Court, case number T4FR2019-1632.

AFFIDAVIT IN SUPPORT OF ARREST WARRANT & CRIMINAL COMPLAINT

10.     The Albuquerque Police Armed Robbery Unit investigated the incident, viewed store surveillance, and the responding officer's body worn camera video.

## INTERSTATE NEXUS

11.     On the day of the robbery, Family Dollar closed immediately following the robbery.  There were several customers inside the store that were unable to purchase items.  Furthermore, Family Dollar closed approximately 2 hours early.  Family Dollar receives all of its inventory from a distribution center in Odessa, Texas.  Family Dollar is also headquartered in Chesapeake, Virginia.

## CONCLUSION

12.     Based on the above information, I believe there is probable cause to believe Joe HEALER violated 18 U.S.C. § 1951.

13.     This affidavit has been reviewed and approved by Supervisory Assistant United States Jack Burkhead.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Jordan Spaeth
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on April __3__ , 2019:

United States Magistrate Judge
Albuquerque, New Mexico